RECEIVED
IN LAKE CHARLES, LA

DEC - 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| KALEN VIXAMAR, A24-719-384 | : | DOCKET NO. 2:05-cv-681 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| DIRECTOR, IMMIGRATION & CUSTOMS ENFORCEMENT | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of December, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE